UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON D. SMALLS,<br><br>      Plaintiff,<br><br>-against-<br><br>MD AMY COOPER; MD DANIEL MUNDY;<br>J. SVETKEY; ADA CHARLOTTE AMOUR,<br><br>      Defendants. | 22-CV-4509 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued June 13, 2022, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 22-CV-4115 (LTS).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  SO ORDERED.

Dated: June 13, 2022
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge